UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00506-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN CARLOS ALMANZA-MARTINEZ, a/k/a Michael Verdin-Bektzar,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 28, 2008,** and responses to these motions shall be filed by **Wednesday February 6, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, February 15, 2008, at 3:30 p.m. in courtroom A-1002** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, February 25, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated this 27th day of December, 2007.

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge